IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| JOEL IACOPELLI,<br><br>          Plaintiff,<br><br>-vs-<br><br>THE TOWN OF PORT ROYAL, SOUTH CAROLINA, ROBERT BILYARD, Individually and in his Official Capacity, JOHN GRIFFITH, Individually and in his Official Capacity, HOPE HAVEN OF THE LOWCOUNTRY, INC., a South Carolina, non-profit Corporation, BEAUFORT COUNTY DEPARTMENT OF SOCIAL SERVICES, an agency of the State of South Carolina, LATASHA WILLIAMS,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:9:16-cv-00287-PMD-BM<br><br><br>**CONSENT ORDER TO CONSOLIDATE FOR PURPOSES OF DISCOVERY** |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| MARIANNE IACOPELLI,<br><br>          Plaintiff,<br><br>-vs-<br><br>THE TOWN OF PORT ROYAL, SOUTH CAROLINA, ROBERT BILYARD, Individually and in his Official Capacity, BEAUFORT COUNTY DEPARTMENT OF SOCIAL SERVICES, an agency of the | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:9:16-cv-00288-PMD-BM<br><br><br>**CONSENT ORDER TO CONSOLIDATE FOR PURPOSES OF DISCOVERY** |



```
State of South Carolina, LATASHA          )
WILLIAMS, Individually and in her Official )
Capacity, and KYRA SPELLER,               )
Individually and in her Official Capacity, )
                                          )
            Defendants.                   )
```

This matter came to be heard on motion of Howell, Gibson & Hughes, P.A., attorneys for the Defendant, the Town of Port Royal, to consolidate the above captioned actions for discovery purposes. It appearing that the actions involve common questions of law and fact, and it further appearing that the plaintiffs and defendants, by and through counsel, have consented to the motion, it is therefore

ORDERED, ADJUDGED AND DECREED that the actions of Joel and Marianne Iacopelli are hereby consolidated for discovery purposes, and

IT IS SO ORDERED.

_____
Bristow Marchant
United States Magistrate Judge

Beaufort, South Carolina

January __6__, 2017



2

**WE SO MOVE:**

By: s/Mary Bass Lohr
Mary Bass Lohr
Howell, Gibson & Hughes, P.A.
Attorneys for Town of Port Royal

By: s/Jared S. Newman
Jared S. Newman
Jared Sullivan Newman, P.A.
Attorney for Plaintiff

By: s/O. Edworth Liipfert
O. Edworth Liipfert, III
Griffith, Sharp & Liipfert, LLC
Attorney for Beaufort County Department of
Social Services, Latasha Williams, and Kyra Speller

By: s/Curtis W. Dowling
Curtis W. Dowling
Matthew G. Gerrald
Barnes, Alford Stork & Johnson, LLP
Attorney for Hope Haven of the Lowcountry

By: s/William H. Davidson
William H. Davidson, II
Davidson and Lindemann, P.A.
Attorney for John Griffith

By: s/Elloree A. Ganes
Elloree A. Ganes
Hood Law Firm
Attorney for Robert Bilyard


Beaufort, South Carolina

January 5, 2017



3