UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOEL IACOPELLI, | ) | C/A No. 9:16-cv-287-BHH-BM |
| *Plaintiff,* | ) | |
| | ) | |
| Versus | ) | **DEFENDANT ROBERT BILYARD'S** |
| | ) | **NOTICE OF SETTLEMENT** |
| THE TOWN OF PORT ROYAL, SOUTH CAROLINA, ROBERT BILYARD, Individually and in his Official Capacity, JOHN GRIFFITH, Individually and in his Official Capacity, HOPE HAVEN OF THE LOWCOUNTRY, INC., a South Carolina, non-profit Corporation, BEAUFORT COUNTY DEPT OF SOCIAL SERVICES, an agency of the State of South Carolina, LATASHA WILLIAMS, | ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

The Defendant Robert Bilyard hereby notifies the Court that the above-referenced case has settled and can be removed from the roster. A formal Stipulation of Dismissal will be filed with the Court as soon as settlement documents are completed.

                                      HOOD LAW FIRM, LLC
                                      172 Meeting Street
                                      Post Office Box 1508
                                      Charleston, SC  29402
                                      Phone: (843) 577-4435
                                      Facsimile: (843) 722-1630
                                      Email: Info@hoodlaw.com

                                      **s/ Elloree A. Ganes**
                                      Elloree A. Ganes (9022)

                                      *Attorneys for the Defendant*
                                      *Robert Bilyard, Individually and in his Official Capacity*

**December 2, 2019**
Charleston, South Carolina